UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELAINE PARNAGIAN, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 14-cv-14254-IT |
| | * |
| METROPOLITAN LIFE DISABILITY et al., | * |
| | * |
| | * |
| Defendants. | * |

ORDER

May 7, 2015

TALWANI, D.J.

On March 25, 2015, Defendants filed a <u>Motion to Dismiss Count II of the Amended Complaint as to All Parties</u> [#7]. On April 30, 2015, Plaintiff informed the court that she does not oppose dismissal of this count. <u>See</u> Joint Statement Pursuant to Local Rule 16.1, 2 [#11] ("Plaintiff does not and will not oppose the defendant's motion to dismiss the plaintiff's claim for breach of fiduciary duty in the original complaint against the defendants."); <u>id.</u> at 6 ("On March 25, 2015, defendants moved to dismiss Count II of the Amended Complaint . . . . Plaintiff does not oppose defendants' motion to dismiss."). Accordingly, <u>Motion to Dismiss Count II of the Amended Complaint as to All Parties</u> [#7] is ALLOWED.

IT IS SO ORDERED.

/s/ Indira Talwani<br>United States District Judge